UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

RICHARD BAUMAN,

    Plaintiff,

  v.

CAWLEY & BERGMANN, LLP,

    Defendant.

_____/

No. C 12-4408 YGR

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: February 25, 2013
Mediator: Charles McClain

    IT IS HEREBY ORDERED that the request to excuse defendant Cawley & Bergmann and its national counsel, Issa Moe, from appearing in person at the February 25, 2013, mediation before Charles McClain is GRANTED. Both parties shall be available at all times to participate telephonically in the mediation.

    IT IS SO ORDERED.

February 14, 2013     By: _____
Dated                                       Maria-Elena James
                                                       United States Magistrate Judge